

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order denying appellants' Motion to Dismiss Plaintiffs' Motion for Monetary Sanctions Pursuant to Chapter 27 of the Texas Civil Practices and Remedies Code is REVERSED, and judgment is RENDERED that (1) appellants' motion to dismiss pursuant to the TCPA is granted and (2) appellees' motion for sanctions, which was filed on November 19, 2021, is dismissed. Further, this cause is REMANDED so the trial court may consider appellants' request for reasonable attorney's fees, costs, and sanctions as provided in their motion to dismiss.

It is ORDERED that Appellants Whataburger Restaurants LLC and Crystal Krueger recover their costs of appeal from Appellees Sadok Ferchichi and Martina Coronado.

SIGNED December 28, 2022.

_____
Liza A. Rodriguez, Justice